IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEAN A. ASAD          *
                      *
v.                    *   Civil No. JFM-07-2077
                      *
THE HONORABLE ALBERTO *
GONZALES, U.S. ATTORNEY *
                   *****

MEMORANDUM

Plaintiff has instituted this action against the Attorney General of the United States, various federal officials, Stephen Prozeralik, (the Director of the Enforcement Unit of the Division of Financial Regulation of the Maryland Department of Labor, Licensing, and Regulation) and "Fictitious Bankers/Forgiven-Debts-Portfolio Sellers; Buyers; Resellers And their Accomplices" otherwise characterized by plaintiff as "Boorish Bullies." Defendant Prozeralik has filed a motion to dismiss to which plaintiff has responded.

Plaintiff's responses to defendant Prozeralik's motion is garbled and nonsensical just as is his complaint. It is apparent that plaintiff has failed to state any claim upon which relief can be granted against Prozeralik. Accordingly, Prozeralik's motion will be granted. A separate order to that effect is being entered herewith.

Date: December 6, 2007          /s/ J. Frederick Motz
                                J. Frederick Motz
                                United States District Judge